**John James TURNER,
Petitioner-Appellant,**

v.

**Louie L. WAINWRIGHT, Director,
Division of Corrections, State of
Florida, Respondent-Appellee.**

No. 76–4119
Summary Calendar.*

United States Court of Appeals,
Fifth Circuit.

April 14, 1977.

John James Turner, pro se.

Robert L. Shevin, Atty. Gen., Tallahassee, Fla., Robert J. Landry, Asst. Atty. Gen., Tampa, Fla., for respondent-appellee.

Before COLEMAN, GODBOLD and TJOFLAT, Circuit Judges.

PER CURIAM:

John James Turner's petition to the district court for a writ of habeas corpus raised many issues. Some of those issues were not presented to the Florida Appeals Court in either counsel's *Anders*[1] brief or in appellant's supplemental brief.

> "The policy of this court is to defer consideration of a state prisoner's claim for federal habeas relief until he has exhausted his state remedies on *all* issues raised in his federal habeas petition."

*Stinson v. State of Alabama*, 5 Cir. 1977, 545 F.2d 485.

The district court's dismissal order is AFFIRMED.

---

1. *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).

* Rule 18, 5 Cir.; see *Isbell Enterprises, Inc. v. Citizens Casualty Co. of New York et al.,* 5 Cir. 1970, 431 F.2d 409, Part I.